MICHAEL LI-MING WONG (CSBN 194130)
ROPES & GRAY LLP
One Embarcadero Center, Suite 2200
San Francisco, CA 94111
Telephone: (415) 315-6363
Facsimile:  (415) 315-6001
E-mail:  michael.wong@ropesgray.com

PETER M. LEVINE (NYSBN 1830884)
420 Lexington Avenue, Suite 2620
New York, New York 10170
Telephone: 212-599-0009
Facsimile:212-838-8663
E-Mail: chief@pmlevinelaw.com

*E-FILED - 9/30/09*

Attorneys for Defendants
CONVERGENCE WORKS, LLC and STRATEGEMA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PANTERRA NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> CONVERGENCE WORKS, LLC and STRATEGEMA, LLC <br><br> Defendants. | Case No.  CV-09-1759 (RMW) <br><br> **STIPULATION AND [] ORDER TO POSTPONE THE OCTOBER 2, 2009 INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING** <br><br> The Honorable Ronald M. Whyte |

This matter has been set for an Initial Case Management Conference on October 2, 2009, and a hearing on Defendants' Motion to Dismiss on November 6, 2009.  The parties hereby stipulate and agree that both hearings should be rescheduled for Friday, November 13, 2009, at 9 am, to accommodate counsel for defendants.

1  Counsel for defendants is scheduled to undergo a medical procedure on October 1, 2009, and therefore cannot participate in a hearing on October 2.  Moreover, the defendants respectfully request, to conserve the parties' and the Court's resources, that the Initial Case Management Conference and the hearing on Defendants' Motion to Dismiss be held on the same day.  If the Court grants the Motion to Dismiss, that would obviate the need for the scheduling of discovery.  To the extent that the Court denies the Motion to Dismiss, the parties can then immediately proceed to the Case Management Conference.

Finally, local counsel for defendants (who will argue the motion) is scheduled to be out of the country on November 6, 2009.  Accordingly, the parties hereby stipulate and agree that both hearings be set for November 13, 2009.

Respectfully submitted,

Dated: September 30, 2009        SPECTOR GADON & ROSEN P.C.

By:  /s/ Richard Gallucci
       Richard Gallucci

       Attorneys for Plaintiff
       PANTERRA NETWORKS, INC.,

Dated: September 30, 2009        ROPES & GRAY LLP

By:  /s/ Michael Li-Ming Wong
       Michael Li-Ming Wong

       Attorneys for Defendant
       CONVERGENCE WORKS, LLC and
       STRATEGEMA, LLC

SO ORDERED:                                                                  Dated:

*Ronald M. Whyte*                                           9/30/09

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

I, Michael Li-Ming Wong, am the ECF User whose ID and password are being used to file the foregoing Stipulation and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Richard Gallucci has concurred in this filing.

Dated: September 30, 2009                ROPES & GRAY LLP

                                         By:  /s/ Michael Li-Ming Wong
                                              Michael Li-Ming Wong

                                              Attorneys for Defendant
                                              CONVERGENCE WORKS, LLC and
                                              STRATEGEMA, LLC